711 A.2d 471

**SCHOOL DISTRICT OF the CITY OF SCRANTON and the City of Scranton, Respondents,**

**v.**

**DALE AND DALE DESIGN AND DEVELOPMENT, INC., Petitioner.**

Supreme Court of Pennsylvania.

June 5, 1998.

Robert M. Buttner, Scranton, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 5th day of June, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the following issues:

1. Is the business privilege tax levied by Respondent barred by the Local Tax Enabling Act, 53 Pa.Stat. § 6902(11)?

2. Is the business privilege tax levied by Respondent duplicative of the realty transfer tax imposed upon Petitioner?